AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-00054-TWP-DML

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

**THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a NORTON – KING'S DAUGHTERS' HEALTH, INC.**

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on **CORPORATION SERVICE COMPANY**, who is designated by law as the **Registered Agent** to accept service of process on behalf of the above-listed business on **April 12, 2022 at the address listed on the Summons, 135 N. Pennsylvania Street, Suite 1610, Indpls. IN 46204.**

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: April 12, 2022

*Server's signature*

Isaac Becker,
Legal Assistant

*Printed name and title*

DeLaney & DeLaney LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205

*Server's address*

Additional information regarding attempted service, etc: